JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA SANTAMARIA-VASQUEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ERIC H. HOLDER, JR., et al., ) <br> ) <br> Respondents. ) <br> ) | Case No. SACV 13-0139-CJC (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  May 28, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE